IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-14-BR

UNITED STATES OF AMERICA

v.                                                    ORDER

DONQUIEZ FRANKIE WILBRIDGE

This matter is before the court on a letter it received 5 April 2021 from the Bureau of

Prisons.   (DE # 56.)   Within 10 days, counsel for both sides are DIRECTED to file a response

to the letter.

This 20 April 2021.

_____
W. Earl Britt
Senior U.S. District Judge